Dismissed and Opinion filed March 20, 2003









 

Dismissed and Opinion filed March 20, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01014-CR

____________

 

DAMIAN THANE MOSER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 209th District Court

Harris
County, Texas

Trial
Court Cause No. 922,589

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court. 
See Tex. R. App. P.
42.2.  Because this Court has not
delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Opinion filed
March 20, 2003.

Panel consists of Justices Yates,
Hudson, and Frost. 

Do Not Publish ‑ Tex. R. App. P. 47.2(b).